CHARLES T. WEBSTER AND HENRY P. SEYMOUR, RESPONDENTS, *v.* HENRY S. RACKETT, SURVIVOR OF GEORGE K. RACKETT, DECEASED, APPELLANT.

*Partners — power of one to bind firm.*

One of the members of a firm of ship brokers, of which the defendant was the survivor, contracted with the plaintiff to furnish a vessel, at a stipulated rate, to transport his property, and afterward failed to perform the contract. The contract was made at the place of business of the firm, with one of the members, now deceased, who seemed to have been there for the purpose of attending to its affairs. *Held,* that in order to bind the firm it was sufficient to show that the agreement was one, which the defendant's partner had authority to make in the course of the partnership business; and that such authority was not controlled by any stipulation which might have been made between the partners themselves, not brought to the notice of persons dealing with them, but extended to the transaction of all business ordinarily appertaining to that, for which the firm was formed. (Lindley on Part. [2d ed.], 244, 245; Collyer on Part. [3d Am. ed.], § 384 and cases cited in note; *Winship* v. *Bk. of the U. S.,* 5 Peters, 552, 561, 562.)

What is necessary to carry on the business of the partnership in the ordinary way, is made the test of the authority of one member to bind the firm when no actual authority or notification has been shown.

APPEAL from a judgment in favor of the plaintiff, recovered upon the report of a referee.

*Richard H. Huntley,* for the appellant. *E. Terry,* for the respondent.

Opinion by DANIELS, J. DAVIS, P. J., and BRADY, J., concurred.

Judgment affirmed.